No. 553, Misc.  LUJAN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied. Petitioner *pro se.  Acting Solicitor General Spritzer* for the United States.

No. 5, Original.  UNITED STATES *v.* CALIFORNIA, 381 U. S. 139.  Petition for rehearing denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the rehearing should be granted.  THE CHIEF JUSTICE, MR. JUSTICE CLARK and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

OCTOBER 25, 1965.

No. 23, Original.  UNITED STATES *v.* ALABAMA;
No. 24, Original.  UNITED STATES *v.* MISSISSIPPI; and
No. 25, Original.  UNITED STATES *v.* LOUISIANA.  The motions to expedite consideration are granted and the defendants are directed to file responses to the motions for leave to file bills of complaint on or before November 10, 1965.  *Attorney General Katzenbach, Solicitor General Marshall, Assistant Attorney General Doar, Ralph S. Spritzer* and *Louis F. Claiborne* on the motions.

No. 554, Misc.  JOHNSON *v.* MAXWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 120, Misc.  PERRY *v.* COMMERCE LOAN Co.  C. A. 6th Cir.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted.  The case is transferred to the appellate docket.